### 65098. REDKEN LABORATORIES, INC. v. MELROSE COMPANY d/b/a BEAUTY MART.

McMurray, Presiding Judge.

After plenary consideration of this matter it is not found to satisfy the criteria for granting the interlocutory appeal. The order granting the application is therefore vacated and the appeal is accordingly dismissed.

*Appeal dismissed. Banke and Birdsong, JJ., concur.*

DECIDED JANUARY 25, 1983 —
REHEARING DENIED FEBRUARY 10, 1983.

*John G. Parker, J. Allen Maines,* for appellant.
*James J. Thomas II, William L. Bost, Jr., Robert C. Edwards,* for appellee.